

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,629

### EX PARTE JAMES ALLEN BALL, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 059352 IN THE 15TH JUDICIAL DISTRICT COURT FROM GRAYSON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and sentenced to ninety years' imprisonment.

Applicant contends that he was denied his right to appeal because appellate counsel was not notified of his appointment until after the deadline for filing notice of appeal had passed.

The trial court has determined that appellate counsel was not notified of his appointment until after the deadline for filing notice of appeal had passed. We find, therefore, that Applicant is entitled

to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 059352 from the 15th Judicial District Court of Grayson County. If Applicant is not represented by appellate counsel, the trial court shall determine whether Applicant is indigent, and if so, whether Applicant wants to have counsel appointed for appeal. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: September 14, 2011
Do Not Publish